ROSA JOSEPH, Appellant, v. INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ROSA JOSEPH, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, INC., Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MORRIS STANGER, Respondent, v. SAMUEL BERNSTEIN, Doing Business under the Firm Name and Style of S. BERNSTEIN & Co., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CHIPMAN, LTD., Respondent, v. ANGLO-SAXON TRADING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CLARENCE E. BLOCK, Respondent, v. JOHN W. BLOCK, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of said costs and the costs awarded to plaintiff by the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MAISON AGNES, Respondent, v. EMILIE KITTEL DESTINN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BUSH, BEACH & GENT, INC., Respondent, v. "CHARLES" A. GUSTAFSON and Another, Individually and as Copartners Transacting Business under the Firm Name and Style of ANDERSON & GUSTAFSON, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ESTELLE BROCKMAN, Appellant, v. GUSTAVE BEYER, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that there was an issue of fact for the jury upon the question of defendant's maintenance of a nuisance and because the verdict was inadequate. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Dowling, J., dissenting.

AUGUSTA KIESEL, Respondent, v. MORRIS KRAUS and Another, Copartners, Doing Business under the Name and Style of KIAMESHA HOUSE, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

NAT ABRAMS, Respondent, v. GUS L. ROSENBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HAGOP KEVORKIAN, Respondent, v. THE MANHATTAN STORAGE AND WAREHOUSE COMPANY, Appellant.— Judgment and order affirmed, with